```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 60645
     TIMOTHY CEPHUS
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK
            Debtor
     SSN XXX-XX-2530
```

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/15/05 and confirmed on 03/09/06.

    2.  The case was dismissed after confirmation, 08/17/2007.

    3.  The Debtor paid a total of $    730.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITY OF CHICAGO | UNSECURED | 3240.00 | .00 | .00 |
| CCB | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 826.81 | .00 | .00 |
| STATE FARM | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 205.20 | .00 | 205.20 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 205.20 | 4066.81 | .00 | 4272.01 |
| PRINCIPAL PAID | .00 | 205.20 | .00 | .00 | 205.20 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 205.20 | .00 | .00 | 205.20 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $    2850.00
and was paid $    505.09 .

The Trustee received $    19.71 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 11/15/07                   /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 60645 TIMOTHY CEPHUS